PROB 22 (Rev. 2/88)

DOCKET NUMBER *(Tran. Court)*: 88 CR 50080-03

DOCKET NUMBER *(Rec. Court)*: 08CR550

# TRANSFER OF JURISDICTION

| Field | Value |
|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | HOPKINS, Duane |
| DISTRICT | Eastern District of Michigan |
| DIVISION | Detroit |
| NAME OF SENTENCING JUDGE | GEORGE E. WOODS (deceased and viced by DENISE PAGE HOOD) |
| DATES OF PROBATION/SUPERVISED RELEASE FROM | April 11, 2008 |
| DATES OF PROBATION/SUPERVISED RELEASE TO | April 10, 2013 |
| OFFENSE | Conspiracy to Distribute Cocaine and Cocaine Base. |

*[Stamp: MAGISTRATE JUDGE COX / JUDGE DER-YEGHIAYAN]*
*[Stamp: FILED 7-11-08 NF / JUL 1 1 2008 / MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT]*

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Michigan

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of Illinois** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6-20-08
Date

*[signature]*
DENISE PAGE HOOD
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 1 1 2008
Effective Date

*[signature]*
James F. Holderman
United States District Judge