UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**FILED**

AUG 2 5 2008

8-25-08

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States of America,

　　　　　　　　Plaintiff(s),

v.　　　　　　　　　　　　　　　　　Case No. 4:88-cr-50080-GEW

Duane Hopkins,

　　　　　　　　Defendant(s).



08cr 550

---

### NOTICE OF TRANSFER OF JURISDICTION OF PROBATIONER

TO: U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

　　The above entitled case has been transferred to your Court under the provisions of 18 U.S.C. § 3605, authorizing transfer of jurisdiction of probationer. Enclosed is the Order of Transfer and certified copies of the docket sheet, Indictment, and Judgment.

　　Please acknowledge receipt of these documents by returning a time-stamped copy of this Notice to:

　　　　　　Clerk's Office
　　　　　　U.S. District Court for the Eastern District of Michigan
　　　　　　600 Church Street
　　　　　　Flint, MI
　　　　　　48502
　　　　　　(810) 341-7840

### Certification

　　I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

　　　　　　　　　　　　　　DAVID J. WEAVER, CLERK OF COURT

　　　　　　　　　　By: s/ D. Tyler
　　　　　　　　　　　　Deputy Clerk

Dated: August 18, 2008

AO 245 S (3/88) Sheet 1 - Judgment Inclu.    Sentence Under the Sentencing Reform Act

# United States District Court

EASTERN _____ District of _____ MICHIGAN

UNITED STATES OF AMERICA

V.

DUANE HOPKINS

**JUDGMENT INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT**

Case Number    88-50080-03

(Name of Defendant)

Timothy P. Murphy
Defendant's Attorney

FILED

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____
x☒ was found guilty on count(s) _____ One _____ after a
plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21 USC 846, 841(a)(1) | Conspiracy to Distribute Cocaine and Cocaine Base a Class A Felony | One |

I hereby certify that the foregoing is a true copy of the original on file in this Office.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By _____
Deputy

The defendant is sentenced as provided in pages 2 through ___ 4 ___ . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).
☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.
☐ The mandatory special assessment is included in the portion of this Judgment that imposes a fine.
x☒ It is ordered that the defendant shall pay to the United States a special assessment of $ 50.00 , which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec. Number: _____

May 16, 1989
Date of Imposition of Sentence

Signature of Judicial Officer
Honorable George E. Woods
United States District Judge
Name & Title of Judicial Officer

May 18, 1989
Date

AO 245 S (3/88) Sheet 2 - Imprisonment

**Defendant:**    HOPKINS, Duane            Judgment—Page __2__ of __4__
**Case Number:**   88-50080-03-FL

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of _____ 300 months _____ .

No fine is being imposed due to the defendant's inability to pay

☒☒☒The Court makes the following recommendations to the Bureau of Prisons:

    Credit for time served

☒☒☒The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district,

                 a.m.
☐ at _____ p.m. on _____ .

☐ as notified by the Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation Office.

### RETURN

    I have executed this Judgment as follows:

_____

_____

_____

_____

    Defendant delivered on _____ to _____ at
_____ , with a certified copy of this Judgment.

_____
                     United States Marshal

By _____
                     Deputy Marshal

AO 245 S (3/88) Sheet 3 - Supervised Rels.

Judgment—Page _____3_____ of _____4_____

**Defendant:**      HOPKINS, Duane
**Case Number:**    88-50080-03

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of_____

_____ five (5) years _____

While on supervised release, the defendant shall not commit another Federal, state, or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

☐ The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

1.  That the defendant will abide by the standard conditions 1-13
    of supervised release recommended by the Sentencing Commission

2.  That the defendant not commit any crimes, federal, state, or local.

3.  That the defendant is prohibited from owning, possessing or
    using a firearm or other dangerous weapon.

Defendant:  HOPKI , Duane     Ju.  .ient-Page **4** of **4**
Case Number: 88-50080-03

## Conditions of Probation and Supervised Release

### UNITED STATES DISTRICT COURT

### FOR THE

### EASTERN DISTRICT OF MICHIGAN

It is the order of the Court that you shall comply with the following conditions:

(1) You shall not commit another federal, state, or local crime during the term of supervision;

(2) You shall not leave the judicial district or other specified geographic area without the permission of the court or probation officer;

(3) You shall report to the probation officer as directed by the court or probation officer, and shall submit a truthful and complete written report within the first five days of each month;

(4) You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

(5) You shall support your dependents and meet other family responsibilities;

(6) You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

(7) You shall notify the probation officer within seventy-two hours of any change in residence or employment;

(8) You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

(9) You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered, or other places specified by the court;

(10) You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

(11) You shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

(SEE REVERSE SIDE)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT


UNITED STATES OF AMERICA,

                    Plaintiff,                    NO.   88 50980

v.

JOEY LEVI WILLIAMS,
JERRY O'KEITH WALKER,
DUANE HOPKINS, and
CARL ALBERT LEWIS,

                    Defendants.
_____/


## INDICTMENT

THE GRAND JURY CHARGES:


### COUNT ONE

(Conspiracy to Distribute Cocaine and Cocaine Base)
(21 U.S.C. §§846, 841(a)(1))


   That beginning about 1984 and continuing until approximately
November, 1988, in the Eastern District of Michigan, JOEY LEVI
WILLIAMS, JERRY O'KEITH WALKER, DUANE HOPKINS, and CARL ALBERT
LEWISdefendants herein, did knowingly and willfully combine,
conspire, confederate and agree with each other and other
persons, both known and unknown to the grand jury, to Distribute
Cocaine and Cocaine Base, Schedule II narcotic drug controlled
substances.

   It was part of the conspiracy that parties would supply one
another with cocaine and cocaine base, also known as crack, so

that it could be distributed from drug houses.  Kilograms of cocaine and hundreds of grams of cocaine base were sold in the Flint, Michigan area.

Multi-kilograms of cocaine and hundreds of grams of cocaine base, also known as crack, was successfully distributed.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

## COUNT TWO

### (Forfeiture)
### (21 U.S.C. §853)

The allegations contained in Count 1 are alleged and are incorporated by reference for the purpose of alleging a Forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

Upon conviction for a violation of Title 21, United States Code, Section 841(a)(1), JERRY O'KEITH WALKER shall forfeit to the United States:

(a)    Any property constituting, or devised from, any proceeds the person obtained, directly or indirectly, as a result of such violation.

(b)    Any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation;

said property including what is commonly known as a 1988 Cadillac

Fleetwood, Vehicle Number 1G6DW51Y9J9732354 all pursuant to Title

21, United States Code, Section 853.


       THIS IS A TRUE BILL.

                                 Foreperson

Dated: 1-4-08

ROY C. HAYES
UNITED STATES ATTORNEY


Mark C. Jones (P33325)
Assistant U.S. Attorney
206 Federal Building
600 Church Street
Flint, MI 48502
(313) 766-5177

I hereby certify that the foregoing is
a true copy of the original on file in this
Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By_____
            Deputy,

APPEAL, CLOSED

## U.S. District Court
### Eastern District of Michigan (Flint)
### CRIMINAL DOCKET FOR CASE #: 4:88-cr-50080-GEW-3
### Internal Use Only

Case title: USA v. Williams, et al

Date Filed: 11/04/1988
Date Terminated: 04/30/1992

Assigned to: Honorable George E Woods

### Defendant (3)

**Duane Hopkins**
*TERMINATED: 11/04/1988*

represented by **Duane Hopkins**
10513039
FCI Pekin
PO Box 5000
Pekin, IL 61555-5000
PRO SE

**Miriam L. Siefer**
Federal Defender Office
613 Abbott
5th Floor
Detroit, MI 48226
313-961-4150
Email: miriam_siefer@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or
Community Defender Appointment*

### Pending Counts

None

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Disposition

### Disposition

I hereby certify that the foregoing is a
true copy of the original on file in this
Office
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
Deputy

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **United States of America** | represented by | **Mark C. Jones** |
|---|---|---|
| | | U.S. Attorney's Office |
| | | 600 Church Street |
| | | Suite 210 |
| | | Flint, MI 48502-1280 |
| | | 810-766-5177 |
| | | Email: mark.jones2@usdoj.gov |
| | | *TERMINATED: 02/27/2008* |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/1992 | 215 | TRANSCRIPT of sentence proceedings as to defendant Hopkins taken on 5/16/89 before Judge Woods (cf) (Entered: 04/02/1992) |
| 06/30/1992 | 216 | RECORD consisting of: 1 volume(s) of pleadings 6 transcript(s) 0 deposition(s) transmitted to USCA as to defendant, Hopkins - appeal case # 89-1569 - (UPS #D062 5826 240). (cf) (Entered: 06/30/1992) |
| 08/04/1992 | 219 | ACKNOWLEDGEMENT from USCA of receipt of appeal record [216-1] - appeal case # 89-1569 (LS) (Entered: 08/05/1992) |
| 09/01/1992 | 221 | NON-CERTIFIED copy of order from USCA affirming the judgment of the District Court on all issues except that of ineffective assistance of counsel due to conflicts of interest. On that issue USCA remands to the district court for a determination of whether actual conflicts of interest involving Isaac and Bremer arose and resulted in prejudice. - appeal case # 89-1569 - record not returned (cf) (Entered: 09/09/1992) |
| 09/17/1992 | 222 | NOTICE of deadline for oral argument and presentation of evidence and request for briefs. (cf) (Entered: 09/18/1992) |
| 09/17/1992 | | SCHEDULE: by Judge George E. Woods deadline for brief set for 11/1/92 , evidentiary hearing set for 2:00 11/9/92 (Jc) (Entered: 09/21/1992) |
| 09/24/1992 | 226 | RE-NOTICE by plaintiff USA of conflict of interest hearing as to defendant, Dewayne Hopkins, with proof of mailing. (cf) (Entered: 09/30/1992) |
| 09/24/1992 | | SCHEDULE: by Judge George E. Woods deadline for conflict of interest |

| | | |
|---|---|---|
| | | hearing set for 2:00 11/5/92 (lt) (Entered: 09/30/1992) |
| 09/28/1992 | 227 | BRIEF by USA regarding the issue of conflict of interest with attachments and proof of mailing. (LS) (Entered: 10/06/1992) |
| 10/01/1992 | 228 | PROOF of mailing by USA of notice of hearing date change. (LS) (Entered: 10/08/1992) |
| 11/02/1992 | 237 | MANDATE from USCA affirming the decision of the District Court - appeal case # 89-1569 - record returned (pd) (Entered: 12/01/1992) |
| 11/04/1992 | 235 | RE-NOTICE by plaintiff USA and as to defendant Duane Hopkins of hearing regarding the conflict of interest issue before Judge Woods and with proof of mailing. (cf) (Entered: 11/06/1992) |
| 11/04/1992 | | SCHEDULE: by Judge George E. Woods deadline for hearing regarding conflict of interest issue re-set for 9:00 1/11/93 (lt) (Entered: 11/09/1992) |
| 11/25/1992 | 236 | RECORD of appeal record [216-1] returned from USCA - appeal case # 89-1569 (lh) (Entered: 11/30/1992) |
| 12/14/1992 | 238 | NOTICE of filing Motion to withdraw as attorney for defendant Duane Hopkins with attachment, and proof of mailing. (dt) (Entered: 12/14/1992) |
| 12/18/1992 | 239 | ORDER by Judge George E. Woods, granting motion of Robert W. Porter to withdraw as counsel for defendant with proof of mailing (ld) (Entered: 12/21/1992) |
| 01/12/1993 | 243 | NOTICE by plaintiff USA of re-hearing on notice conflict of interest hearing by Duane Hopkins, USA [226-1] with proof of mailing. (lh) (Entered: 01/20/1993) |
| 01/13/1993 | | SCHEDULE: by Judge George E. Woods evidentiary hearing set for 9:00 1/22/93 (rh) (Entered: 01/13/1993) |
| 01/22/1993 | | RESCHEDULE: by Judge George E. Woods evidentiary hearing set for 1:00 1/29/93 (generic) (Entered: 01/25/1993) |
| 01/22/1993 | 244 | RE-NOTICE by plaintiff USA of hearing regarding the conflict of interest issue by Duane Hopkins [226-1] ; with proof of mailing (JP) Modified on 01/26/1993 (Entered: 01/26/1993) |
| 01/22/1993 | | SCHEDULE: by Judge George E. Woods deadline for conflict of interest issue re-set for 1:00 1/29/93 (generic) (Entered: 01/27/1993) |
| 01/29/1993 | 249 | ORDER by Judge George E. Woods, for sanctions against attorney Kenneth Cummings (RH) (Entered: 02/01/1993) |
| 01/29/1993 | | EVIDENTIARY hearing held and continued to 8:30 2/11/93 - Judge George E. Woods - Court Reporter: Barbara Chatman (generic) (Entered: 02/01/1993) |
| 02/01/1993 | | RE-SCHEDULED: deadline for Conflict of Interest issue set for 8:30 2/11/93 (generic) (Entered: 02/04/1993) |
| 02/02/1993 | 250 | RE-NOTICE by plaintiff USA of hearing on the conflict of interest issue |

| | | [26-1] ; with proof of mailing (JP) (Entered: 02/03/1993) |
|---|---|---|
| 02/05/1993 | 251 | ORDER by Judge George E. Woods, adjourning hearing on on the conflict of interest issue [26-1] by USA [250-1] (ld) (Entered: 02/08/1993) |
| 02/11/1993 | | EVIDENTIARY hearing concluded - Robert Haviland to prepare an order extending due date in which to pay sanctions to 3/1/93 - Judge George E. Woods - Court Reporter: Barbara Chatman (Jc) (Entered: 02/12/1993) |
| 02/11/1993 | | SCHEDULE: by Judge George E. Woods deadline for proposed findings of fact and conclusions of law set for 2/23/93 (Jc) (Entered: 02/12/1993) |
| 02/19/1993 | 254 | PROPOSED findings of fact and conclusions of law by plaintiff USA regarding Dewayne Hopkins. (dt) (Entered: 02/26/1993) |
| 02/23/1993 | 253 | ORDER by Judge George E. Woods for sanctions against Kenneth W. Cummings in the amount $2,877.64 (RH) (Entered: 02/25/1993) |
| 03/23/1993 | 256 | ORDER by Judge George E. Woods, for Duane Hopkins Attorney Kenneth C. Cummings to show cause why he should not be held in contempt with proof of mailing. (dt) (Entered: 03/24/1993) |
| 03/29/1993 | 257 | ORDER by Judge George E. Woods, to hold Kenneth C. Cummings in contempt of court and for the issuance of an arrest warrant for Kenneth C. Cummings- WI (RH) Modified on 04/27/1993 (Entered: 03/30/1993) |
| 03/29/1993 | 258 | ORDER by Judge George E. Woods, for writ of habeas corpus ad testificandum for defendant Duane Hopkins (RH) (Entered: 03/30/1993) |
| 03/29/1993 | | SHOW cause hearing on order [257-2] held and continued to 1:00 4/2/93 - counsel for defendant failed to appear at this scheduled hearing and a bench warrant was issued for his arrest - Judge George E. Woods - Court Reporter: Barbara Chatman (Jc) (Entered: 04/05/1993) |
| 04/02/1993 | 259 | ORAL MOTION by defendant Duane Hopkins to release Kenneth Cummings as attorney for Duane Hopkins (Jc) (Entered: 04/05/1993) |
| 04/02/1993 | | MOTION hearing held as to defendant Duane Hopkins on motion to release Kenneth Cummings as attorney for Duane Hopkins by Duane Hopkins [0-0] - disposition: GRANTED - Judge George E. Woods - Court Reporter: Barbara Chatman (Jc) (Entered: 04/05/1993) |
| 04/02/1993 | 260 | ORDER by Judge George E. Woods appointing the Federal Defender Office to represent defendant Duane Hopkins, with financial affidavit (RH) (Entered: 04/06/1993) |
| 04/13/1993 | 261 | WARRANT for arrest returned executed by US Marshal on 4/1/93 as to attorney Kenneth C. Cummings (RH) Modified on 04/27/1993 (Entered: 04/14/1993) |
| 04/16/1993 | 262 | AUTHORIZATION and voucher for payment of transcript (JP) (Entered: 04/19/1993) |
| 05/13/1993 | 265 | TRANSCRIPT of proceedings taken on 4/2/93 re: order to show cause before Woods (lh) (Entered: 05/18/1993) |

| 05/27/1993 | 266 | PROOF of service of the order to show cause returned executed on 03/26/93 by US Marshal as to Attorney Kenneth C. Cummings (JP) (Entered: 05/28/1993) |
| 08/24/1993 | 268 | PROPOSED findings of fact and conclusions of law by defendant Duane Hopkins, with attachments and proof of mailing (JP) (Entered: 08/25/1993) |
| 12/27/1993 | 271 | MEMORANDUM opinion and order by Judge George E. Woods, as to Duane Hopkins that he has succeeded in showing an actual conflict of interest by Bremer, but that conflict of interest did not impair Hopkins' right to effective assistance of counsel under the Sixth Amendment (dt) (Entered: 12/28/1993) |
| 01/04/1994 | | ATTORNEY added for Duane Hopkins - Miriam L. Siefer (lb) (Entered: 01/05/1994) |
| 01/04/1994 | 272 | APPEAL by defendant Duane Hopkins of order [271-1] to USCA - FEE: NO FEE PAID-IFP (lb) (Entered: 01/05/1994) |
| 01/05/1994 | 273 | PROOF of mailing as to defendant Duane Hopkins of notice of appeal to USCA, Miriam Siefer, Mark Jones and Patricia Blake (lb) (Entered: 01/05/1994) |
| 01/05/1994 | 274 | CERTIFIED copy of appeal notice by Duane Hopkins [272-1] and docket transmitted to USCA (lb) (Entered: 01/05/1994) |
| 01/18/1994 | 276 | ACKNOWLEDGEMENT from USCA of receipt of appeal notice of appeal & docket entries [274-1] regarding appeal notice by Duane Hopkins [272-1] - appeal case # 94-1037 (lh) (Entered: 01/20/1994) |
| 01/24/1994 | 277 | DESIGNATION of record by defendant Duane Hopkins for appeal notice by Duane Hopkins [272-1] - appeal case # 94-1037 (JP) (Entered: 01/26/1994) |
| 01/25/1994 | 278 | TRANSCRIPT order form by defendant Duane Hopkins regarding appeal notice by Duane Hopkins [272-1] requesting transcript(s) of: already on file - appeal case # 94-1037 (JP) (Entered: 01/26/1994) |
| 03/31/1994 | 279 | TRIAL EXHIBITS filed by defendant Duane Hopkins to be included with the desgination already on file and transmitted to the Sixth Circuit Court of Appeals (RH) (Entered: 04/01/1994) |
| 05/02/1994 | 280 | NON-CERTIFIED copy of order from USCA denying the motion to strike respondent's brief and affirming the decision of the District Court - appeal case # 92-2285 - record not returned (RH) (Entered: 05/06/1994) |
| 12/07/1994 | 283 | RECORD of appeal notice by Duane Hopkins [272-1] consisting of: 1 volume(s) of pleadings 6 transcript(s) transmitted to USCA - appeal case # 94-1037 (lt) (Entered: 12/07/1994) |
| 01/20/1995 | 284 | SLIP opinion from USCA affirming the decision of the District Court - appeal case # 94-1037 - record not returned (pm) (Entered: 02/01/1995) |
| 02/21/1995 | 285 | MANDATE from USCA affirming the decision of the District Court - appeal case # 94-1037 - record not returned as defendant Duane Hopkins |

| | | (ld) (Entered: 02/28/1995) |
|---|---|---|
| 02/21/1995 | 286 | RECORD of appeal returned from USCA - appeal case # 94-1037 as to defendant Duane Hopkins (th) (Entered: 03/09/1995) |
| 05/10/1995 | 287 | NOTICE by Supreme Court as to defendant Duane Hopkins of filing petition for certiorari as to defendant Duane Hopkins (th) (Entered: 05/25/1995) |
| 06/07/1995 | | Text not available. (Entered: 06/20/1995) |
| 06/07/1995 | | Text not available. (Entered: 06/20/1995) |
| 06/07/1995 | 288 | ORDER from the U.S. Supreme Court denying writ of certiorari regarding appeal notice by Duane Hopkins [272-1] - appeal case # 94-9008 (lh) (Entered: 06/20/1995) |
| 04/23/1997 | 291 | MOTION by defendant Duane Hopkins to vacate sentence pursuant to 28:2255 (LS) (Entered: 04/29/1997) |
| 04/28/1997 | 290 | ORDER by Judge George E. Woods as to defendant Duane Hopkins, referring all proceedings up to trial to Magistrate Judge Steven D. Pepe (LS) (Entered: 04/29/1997) |
| 05/20/1997 | 292 | MOTION by plaintiff USA as to defendant Duane Hopkins to extend time to answer motion to vacate sentence pursuant to 28:2255 by Duane Hopkins [291-1] with brief & proof of mailing (th) (Entered: 05/30/1997) |
| 05/29/1997 | | SCHEDULE: by Magistrate Judge Steven D. Pepe as to plaintiff USA deadline for response to motion to vacate sentence pursuant to 28:2255 by Duane Hopkins [291-1] set for 6/19/97 , deadline for reply to set for 7/3/97 (pp) (Entered: 05/30/1997) |
| 05/29/1997 | 293 | ORDER by Magistrate Judge Steven D. Pepe for submission and determination of motion to vacate sentence pursuant to 28:2255 by Duane Hopkins [291-1] without oral hearing and with proof of mailing. (civil #97-71191) (cf) (Entered: 06/02/1997) |
| 06/26/1997 | | SCHEDULE: by Magistrate Judge Steven D. Pepe deadline for response to motion to vacate sentence pursuant to 28:2255 by Duane Hopkins set for 9/19/97 , deadline for reply [291-1] set for 10/3/97 (ml) (Entered: 06/26/1997) |
| 06/26/1997 | 294 | ORDER by Magistrate Judge Steven D. Pepe as to defendant Duane Hopkins granting motion to extend time to answer motion to vacate sentence pursuant to 28:2255 by Duane Hopkins [291-1] by USA [292-1] and allowing petitioner until 10/3/97 to file a reply to response to motion (pm) (Entered: 07/10/1997) |
| 07/11/1997 | 295 | MOTION by defendant Duane Hopkins as to defendant Duane Hopkins to appoint counsel for defendant Duane Hopkins (th) (Entered: 07/28/1997) |
| 08/20/1997 | 296 | ORDER by Magistrate Judge Steven D. Pepe as to defendant Duane Hopkins denying motion to appoint counsel for defendant Duane Hopkins by Duane Hopkins [295-1] (th) (Entered: 08/26/1997) |

| 09/15/1997 | 297 | RESPONSE by plaintiff USA as to defendant Duane Hopkins to motion to vacate sentence pursuant to 28:2255 by Duane Hopkins [291-1] with brief, attachments and proof of mailing (pm) (Entered: 10/07/1997) |
|---|---|---|
| 09/18/1997 | 298 | MOTION by defendant Duane Hopkins to amend motion to vacate sentence pursuant to 28:2255 by Duane Hopkins [291-1] with proof of mailing (pm) Modified on 10/07/1997 (Entered: 10/07/1997) |
| 10/03/1997 | 299 | MOTION by defendant Duane Hopkins as to defendant Duane Hopkins to extend time to answer motion response by USA [297-1] with attachment and proof of mailing (th) (Entered: 10/27/1997) |
| 10/27/1997 | 300 | REPLY by defendant Duane Hopkins to response to motion to vacate sentence pursuant to 28:2255 by Duane Hopkins [291-1] with attachments (pm) (Entered: 11/13/1997) |
| 03/11/1998 | 301 | ORDER by Magistrate Judge Steven D. Pepe as to defendant Duane Hopkins granting motion to extend time to answer motion response by USA [297-1] by Duane Hopkins [299-1] (pm) (Entered: 03/17/1998) |
| 03/11/1998 | 302 | REPORT and recommendation by Magistrate Judge Steven D. Pepe as to defendant Duane Hopkins that motion to amend motion to vacate sentence pursuant to 28:2255 by Duane Hopkins [291-1] by Duane Hopkins [298-1] should be denied (pm) (Entered: 03/17/1998) |
| 03/24/1998 | 303 | OBJECTIONS by defendant Duane Hopkins to report & recommendation [302-1] with proof of mailing. (civil #97-71911) (cf) (Entered: 03/30/1998) |
| 04/07/1998 | 304 | ORDER by Judge George E. Woods as to defendant Duane Hopkins accepting report & recommendation [302-1] and denying motion to amend motion to vacate sentence pursuant to 28:2255 by Duane Hopkins [291-1] by Duane Hopkins [298-1] with proof of mailing (dh) (Entered: 04/08/1998) |
| 11/16/1998 | 305 | REPORT and recommendation by Magistrate Judge Steven D. Pepe as to defendant Duane Hopkins that motion to vacate sentence pursuant to 28:2255 by Duane Hopkins [291-1] be denied (th) (Entered: 12/03/1998) |
| 12/02/1998 | 306 | OBJECTIONS by defendant Duane Hopkins to report & recommendation [305-1] with proof of mailing (LS) (Entered: 12/22/1998) |
| 01/19/1999 | 307 | ORDER by Judge George E. Woods as to defendant Duane Hopkins accepting report & recommendation [305-1] denying motion to vacate sentence pursuant to 28:2255 [291-1] with proof of mailing (kg) (Entered: 01/20/1999) |
| 01/19/1999 | 308 | JUDGMENT entered by Judge George E. Woods for USA against defendant Duane Hopkins (kg) (Entered: 01/20/1999) |
| 02/16/1999 | 309 | MOTION by defendant Duane Hopkins for reconsideration of judgment entered on 1/19/99 [308-1] with attachments and proof of mailing. (no brief) (civil #97-71911) (cf) (Entered: 02/16/1999) |
| 02/23/1999 | 310 | ORDER by Judge George E. Woods for submission and determination of |

|  |  | motion without oral hearing and requesting response to motion for reconsideration of judgment entered on 1/19/99 [308-1] by Duane Hopkins [309-1] for 3/29/99 with proof of mailing. (civil #97-71911) (cf) Modified on 02/25/1999 (Entered: 02/25/1999) |
|---|---|---|
| 03/03/1999 | 311 | APPEAL by defendant Duane Hopkins of order [308-1], order [307-1] to USCA - FEE: NO FEE PAID (do) (Entered: 03/09/1999) |
| 03/09/1999 | 312 | PROOF of mailing as to defendant Duane Hopkins of notice of appeal to USCA, Duane Hopkins and Mark Jones (do) (Entered: 03/09/1999) |
| 03/09/1999 | 313 | CERTIFIED copy of appeal appeal by Duane Hopkins [311-1] and docket transmitted to USCA (do) (Entered: 03/09/1999) |
| 03/19/1999 | 314 | ORDER by Judge George E. Woods as to Duane Hopkins denying certificate of appealability with proof of mailing (LS) (Entered: 03/23/1999) |
| 03/22/1999 | 320 | ACKNOWLEDGEMENT as to defendant Duane Hopkins from USCA of receipt of appeal appeal by Duane Hopkins [311-1] - appeal case # 99-1278 (pm) (Entered: 04/02/1999) |
| 03/26/1999 | 315 | RECORD of appeal appeal by Duane Hopkins [311-1] consisting of: three volume(s) of pleadings one transcript(s) no deposition(s) transmitted to USCA as to defendant Duane Hopkins (pm) (Entered: 03/26/1999) |
| 03/26/1999 | 316 | RESPONSE and brief by USA to motion for reconsideration of judgment entered on 1/19/99 [308-1] by Duane Hopkins [309-1] with attachments A - I and 1-7 with proof of mailing (LS) (Entered: 03/31/1999) |
| 03/26/1999 | 321 | RESPONSE by plaintiff USA as to defendant Duane Hopkins to motion for reconsideration of judgment entered on 1/19/99 [308-1] by Duane Hopkins [309-1] with brief, attachments and proof of mailing (pm) (Entered: 04/02/1999) |
| 04/07/1999 | 322 | REPLY by defendant Duane Hopkins to response to motion for reconsideration of judgment entered on 1/19/99 [308-1] by Duane Hopkins [309-1] with attachments and proof of mailing (pm) (Entered: 04/19/1999) |
| 04/19/1999 | 323 | ACKNOWLEDGEMENT as to defendant Duane Hopkins from USCA of receipt of appeal record [315-1] - appeal case # 99-1278 (pm) (Entered: 04/23/1999) |
| 05/20/1999 | 324 | ORDER by Judge George E. Woods denying motion for reconsideration of judgment entered on 1/19/99 [308-1] by Duane Hopkins [309-1] with proof of mailing (LS) (Entered: 05/21/1999) |
| 09/20/1999 | 326 | CERTIFIED copy of order from USCA denying application for certificate of appealability (which was filed as a notice of appeal and construed as an application for appealability) [0-0] - appeal case # 99-1278 (pm) (Entered: 09/29/1999) |
| 11/01/1999 | 327 | RECORD of appeal [315-1] returned from USCA - appeal case # 99-1278 (pm) (Entered: 11/16/1999) |

| | | |
|---|---|---|
| 11/13/2001 | 333 | CERTIFIED copy of order from USCA denying motion authorizing the filing of a second or successive motion to vacate - appeal case # 01-1894 (dw) (Entered: 11/15/2001) |
| 02/27/2008 | <u>343</u> | NOTICE of Change of Assistant U.S. Attorney: Patricia G. Gaedeke added. Attorney Mark C. Jones terminated. (Gaedeke, Patricia) (Entered: 02/27/2008) |
| 04/01/2008 | | Minute Entry for proceedings held before District Judge Denise Page Hood: Miscellaneous Hearing - Re-Sentencing of Defendant held on 4/1/2008 as to Duane Hopkins(Court Reporter: C. Warren-Daniel) (Defendant Attorney: Miriam Siefer) (AUSA: Daniel Hurley) (BLew) (Entered: 04/02/2008) |
| 04/02/2008 | <u>344</u> | STIPULATION Re: Re-Sentencing of Defendant Hopkins TIME SERVED by United States of America as to Duane Hopkins. (BLew) (Entered: 04/02/2008) |
| 07/30/2008 | <u>346</u> | TRANSFER OF JURISDICTION to Northern District of Illinois as to Duane Hopkins (DTyl) (Entered: 07/31/2008) |

*** GRID M1 ***

FINAL COURTRAN  CRIMINAL DOCKEMICH-E(DETROIT) 09/03/92
CR-88-50080-03

US-V-WILLIAMS
as of 08/29/92 at 8:49 AM                                      PAGE 1

Case Filed: 11/04/88

Judge: JUDGE NEWBLATT
Defendant:
D3   HOPKINS, DUANE

Dft ID: -20700

Defendant terminated: 05/16/89

Terminated counts:
CONSPIRACY TO DISTRIBUTE
COCAINE AND COCAINE BASE
SCH II, 21:846, 841(a)(1)
(1)

Offense Level (disposition): FEL

Total Jail: 300 Mo

U S Attorneys:
JONES, MARK C
760-5177

Disposition
(Count 1) 300 MOS IMPR,
FOLLOWED BY 5 YRS
SUPERVISED RELEASE W/COND.
NO FINE IS BEING IMPOSED
DUE TO THE DFT'S INABILITY
TO PAY. DFT TO RECEIVE
CREDIT FOR TIME SERVED. DFT
REMANDED TO THE U.S.MARSHAL.
DFT TO PAY A SPECIAL
ASSESSMENT FEE OF $50.00.
(05/16/89)

I hereby certify that the foregoing is a
true copy of the original on file in this
Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By Deputy

FINAL COURTRAN  CRIMINAL
CR-88-50080-01

US-V-BA...

(JUD...

10/23/89   15   Motion...
                BRIE...

11/01/89   16   Answe...
                MOT...

11/07/89   17   Motio...
                MAI...

End of docket

FINAL COURTRAN  CRIMI...
CR-88-50080-01

US-V-...

*** GRID 011 ***

FINAL COURTRAN   CRIMINAL DOCKENICH-E(DETROIT) 09/03/92        PAGE 2

CR-88-50080-03                                    CR-88-50080-03

US-V-WILLIAMS

PROCEEDINGS

| | | |
|---|---|---|
| 11/04/88 | 1 | Filed indictment (1986-1988 3) (Dkt'd 11/08/88; Case assigned to JUDGE NEWBLATT (Dkt'd 11/08/88). |
| | 4 | US Attorney JONES MARK C added to case (Dkt'd 11/08/88). Arrest warrant issued (REQUEST FOR WARRANT UPON INDICTMENT WITH COPY OF WARRANT AS TO D-3 DUANE HOPKINS (Dkt'd 11/11/88). |
| 11/14/88 | | Defendant's first appearance (MAGISTRATE GOLDMAN) (Dkt'd 12/13/88; held (Count 1) (MAGISTRATE GOLDMAN) (Dkt'd 12/13/88). Arraignment held (Count 1) (MAGISTRATE GOLDMAN) (Dkt'd 12/13/88). |
| | | Defendant enters plea of not guilty (Count 1) (Dkt'd 12/13/88). |
| | 14 | Minute sheet filed (FIRST APPEARANCE OF DFT HOPKINS, ORDER TO DFT INF RIGHTS AND CHARGES) (MAGISTRATE GOLDMAN) (Dkt'd 11/25/88). |
| | 15 | Filed CJA form #23 - financial affidavit on magistrate proceedings (AS TO DFT HOPKINS) (Dkt'd 11/25/88. |
| | 16 | Attorney BREMER, DAVID E added to case (MAGISTRATE GOLDMAN) (Dkt'd 11/25/88. |
| | 17 | Defendant arraigned (OF INDICTMENT AS TO DFT HOPKINS (Dkt'd 11/25/88). |
| | 18 | Order specifying methods and conditions of release filed (AS TO DFT HOPKINS, BOND $5,000 UNSECURED RESIDE IN ADDRESS ON BOND, RESTRICTED TO NORTHERN DISTRICT OF ILLINOIS AND EASTERN DISTRICT OF MICHIGAN, TRAVEL TO AND FROM COURT, REPORT TO PRETRIAL AS DIRECTED, REFRAIN FROM USE OR POSSESSION OF NARCOTIC DRUG OR OTHER CONTROLLED SUBSTANCES, SUBMIT TO URINALYSIS IF DEEMED NECESSARY BY PRETRIAL (MAGISTRATE GOLDMAN) (Dkt'd 11/25/88). |
| | 19 | Bond (AS TO DFT HOPKINS, APPEARANCE, $5,000 UNSECURED) (Dkt'd 11/25/88. |
| 11/22/88 | 33 | Filed warrant of arrest executed on 11/14/88 DFT ARRESTED BY J. WITZ IN FLINT) (Dkt'd 11/25/88). |
| 12/12/88 | 38 | Order filed (PREL. HRG. HELD DATES SET: MOTION CUTOFF; 12/29/88 PLEA CUTOFF 1/4/89 FINAL PRETRIAL 1/4/89 @ 2:30 TRIAL 1/17/89 @ 8:30. (JUDGE NEWBLATT) (Dkt'd 12/13/88). |
| | | Pretrial conference set for 01/04/89 @ 2:30 AM (Count 1) (MIC SENT) (JUDGE NEWBLATT) (Dkt'd 12/13/88). Trial date set for 01/17/89 @ 8:30 AM (Count 1) (MIC SENT, SEE D.E. 38) (JUDGE NEWBLATT) (Dkt'd 07/03/89. |
| 12/29/88 | 39 | Motion for severance/separate trial filed (MOTN) (Count 1) (MOTION FOR RELIEF FROM PREJUDICIAL JOINDER BRIEF, NOTICE OF MOTION, CERTIFICATE OF COMPLIANCE WITH 7TH, PROOF OF SERVICE) (Dkt'd 01/06/89. |
| | 39 | Mark the beginning of a potential excludable period of type |

---

FINAL COURTRAN   CRIM

CR-88-50083-01

US-V-

Judge: JUDGE NEWBLATT

Defendant:

D1   LAFONE, MATTHEW

Dft ID: -20877

Defendant termin

Terminated count
CONSPIRACY TO D
METHAMPHETAM
CONSPIRACY TO D
METHAMPHETAM
B4161(1)(C)(1)
WITH INTENT
METHAMPHETAM
CONTR. SUBST
(2)

Offense level: (d

Total Jail: 92 M

Defense Counsel:
LONGO, JOSEPH
2137 CADILLAC
DETROIT MI
961-4128

STRAUSS, LAW
2137 CADILLAC
DETROIT MI
961-4128

U S Attorneys:
JONES MARK
760-5177

FINAL COURTRAM    CRIMINAL DOCKEMICH-E(DETROIT) 09/03/92                    *** GRID A12 ***

CR-88-50080-03        US-V-WILLIAMS                        CR-88-50080-03        PAGE 3

                        PROCEEDINGS

X-E starting on 12/29/88 (in re MOTFSV on 12/29/88(X DELAY
MIN SHEET ATTACHED TO MOTION) (Dkt'd 01/06/89).

01/04/89  40    Answer to motion for severance/separate trial. (MOT#1)
                (ANSWER TO MOTION FOR RELIEF FROM PREJUDICIAL JOINDER,
                BRIEF) (Dkt'd 01/06/89).

          41    Pre-trial conference held (Count 1) (MINUTE SHEET FILED
                HEARING HELD ON ALL PENDING MOTIONS) (Dkt'd 01/06/89)
                (JUDGE WOODS)

          42    Motion for severance/separate trial denied (MOT#1) (JUDGE
                WOODS)

          74    Excludable delay due to hearings on Pretrial Motions began
                on 12/29/88 and ended on 01/04/89 (X DELAY MIN SHEET FILED)
                (Dkt'd 01/06/89).

01/10/89        Pre-trial conference held (Count 1) (FINAL PRETRIAL CONF.
                HELD 2 1 PM BEFORE JUDGE NEWBLATT 2 ON 2 WALKER,
                DTD HAS AGREED TO STIPULATE TO THIS IF GUILT IS ESTABLISHED
                AND WILL FILE A WRITING TO THAT EFFECT. AS TO JURY
                SELECTION, CHALLENGES WERE DECIDED, AS TO MOTIONS: MOTIONS
                WERE DECIDED, (SEE ORDER) ALSO INFO WITH RE: EXHIBITS -
                SEE ORDER ON FILE, PROOF OF MAILING) (JUDGE NEWBLATT)
                (Dkt'd 01/13/89).

01/10/89        Issued writ of habeas corpus ad testificandum (FILED UNDER
                B850080-1 (FOR APPEARANCE OF ANTHONY HARTWELL 1/17/89 OR TO
                ADJOURNED DATE) (MAGISTRATE GOLDMAN) (Dkt'd 01/13/89).

01/13/89        Filed writ of habeas corpus ad prosequendum returned
                unexecuted (WRIT RETURNED UNEXECUTED PER INSTRUCTIONS OF
                AUSA AS APPEARANCE OF R. KELLY NOT NEEDED AS A WITNESS,
                ORIGINAL ON FILE IN B850080-1) (Dkt'd 01/18/89).

01/17/89  87    Motion made in open court for severance/separate trial
                (MOT#11)(Count 1) (MINUTE SHEET FILED) BOND CONTINUED AS
                SET) (JUDGE WOODS) (Dkt'd 01/24/89).

                Motion made in open court. (MOT#12) (ORAL MOTION TO
                DISCHARGE ATTORNEY) (Dkt'd 01/24/89).

                Motion for severance/separate trial 01/18/89) granted (MOT#'s
                Attn #12)BREMER, DANIEL D deleted from case (JUDGE WOODS)
                (Dkt'd 01/24/89).

                Trial date reset to 01/31/99 2 8:30 AM (Count 1) (JUDGE
                WOODS) (Dkt'd 01/24/89).

01/18/89  90    Order filed (ORDER APPOINTMENT ATTORNEY MURPHY AND
          88    Order federal defender program appointed to represent
                defendant (FEDERAL DEFENDER APPOINTED TO REPRESENT
                DEFENDANT) (JUDGE WOODS) (Dkt'd 01/24/89).

                Order filed (ORDER APPOINTMENT ATTORNEY BREMER, AND
                RELIEVING ATTORNEY BREMER, AND RESETTING TRIAL DATE TO
                1/31/89 2 8:30) (JUDGE WOODS) (Dkt'd 01/24/89).

1/31/89 @ 6:50) (JUDGE WOODS) (DKT'D 01/30/89))

FINAL COURTRAN    CRIMINAL DOCKET—ICH—E(DETROIT) 09/03/92                    *** GRID B12 ***

CR-88-50080-03                                                              CR-88-50080-03    PAGE 4

US-V-WILLIAMS

| | | PROCEEDINGS |
|---|---|---|
| 01/19/89 | 89 | Filed CJA Form #20 copy #5 appointing MURPHY, TIMOTHY P as attorney for defendant (JUDGE WOODS) (DKT'D 01/26/89). |
| 01/31/89 | 92 | Voir dire begins-jury (count 1) (MINUTE SHEET FILED, DFT APPEARED WITH CNSL, BOND CONTINUED) (JUDGE WOODS) (DKT'D 02/08/89). |
| | | Jury impaneled (count 1) (JUDGE WOODS) (DKT'D 02/08/89). |
| | | Trial begins-jury (count 1) (JUDGE WOODS) (DKT'D 02/08/89). |
| 02/01/89 | 93 | Trial held-jury (count 1) (MINUTE SHEET FILED) (JUDGE WOODS) (DKT'D 02/08/89). |
| | | Jury trial continued to 02/01/89 (JUDGE WOODS) (DKT'D 02/08/89). |
| 02/02/89 | 94 | Trial held-jury (count 1) (MINUTE SHEET FILED) (JUDGE WOODS) (DKT'D 02/08/89). |
| | | Jury trial continued to 02/02/89 (JUDGE WOODS) (DKT'D 02/08/89). |
| | | Trial ends-jury (count 1) (DFT REFERRED TO PROBATION, DFT REMANDED TO U.S. MARSHAL (JUDGE WOODS) (DKT'D 02/08/89). |
| | | Jury verdict of guilty (count 1) (DKT'D 02/08/89). |
| | | Bond exonerated (BOND CANCELLED, DFT REMANDED TO U.S. MARSHAL (JUDGE WOODS) (DKT'D 02/08/89). |
| | | Defendant in US custody (JUDGE WOODS) (DKT'D 02/08/89). |
| | | - VERDICT FORM - GUILTY - (DKT'D 02/08/89). |
| | 95 | Jury instructions (DKT'D 02/08/89). |
| 02/03/89 | 96 | Filed warrant of arrest executed by arrest on 11/16/88 (BY J. WITZ, DEPUTY U.S. MARSHAL, FLINT) (DKT'D 02/15/89). |
| 02/07/89 | 97 | Filed CJA Form #20 copy #2 authorizing payment to BREMER, DANIEL D / defendant's attorney AUTHORIZED PAYMENT OF $1, 218.00 ATTORNEY BREMER) (JUDGE NEWBLATT) (DKT'D 03/23/89). |
| 03/20/89 | 100 | |
| 05/16/89 | 105 | Minute sheet filed (DFT APPEARS W/COUNSEL, SENTENCING OF DFT AS TO CT 1, DFT REMANDED TO U.S. MARSHAL. REPORTER—RITTINGER) (JUDGE WOODS) (DKT'D 05/22/89). |
| | | Sentencing of defendant (count 1) (300 MOS IMPR., FOLLOWED BY 5 YRS SUPERVISED RELEASE W/COND,NO FINE IS BEING IMPOSED DUE TO THE DFT'S INABILITY TO PAY. DFT TO RECEIVE CREDIT FOR TIME SERVED, DFT REMANDED TO THE U.S. MARSHAL, DFT TO PAY A SPECIAL ASSESSMENT FEE OF $50.00.) (JUDGE WOODS) (DKT'D 05/22/89). |
| | | Issued judgment and commitment to U.S. Marshal (count 1) (SIGNED BY JUDGE WOODS (TIMESTAMPED 5/18/89) (JUDGE WOODS) |

FINAL COURTRAN    CRIMINAL DOCKET#ICH=E(DETROIT) 09/03/92    *** GRID C12 ***

CR-88-50080-03                                    CR-88-50080-03    PAGE 5

US-V-WILLIAMS                PROCEEDINGS

106  (DKT'd 06/01/89).

05/22/89  107  - (APPL#1) Filed notice of appeal. (Count 1) (APPL#1) (FROM THE
                 JUDGMENT ENTERED ON 5/16/89, NO FEE PAID) (DKT'd 05/22/89).
          108  - (APPL#1) (TRANSMISSION FORM MAILED TO CCA ON APPEAL.)
                 (DKT'd 05/23/89).
               - (APPL#1) (PROOF OF MAILING ON APPEAL.) (DKT'd 05/23/89).

06/08/89  116  - (APPL#1) ((TRANSMISSION FORM RETURNED AND EXECUTED AS
                 RECEIPT OF NOTICE OF APPEAL. CCA #89-1569 )) (DKT'd
                 06/08/89).

07/12/89  123  - Filed transcript of proceedings for 05/16/89 (JUDGE WOODS)
                 (DKT'd 07/14/89).

07/18/89  124  - Filed CJA Form #20 copy #2 authorizing payment to attorney MURPHY,
                 TIMOTHY P , defendant's attorney (WITH ATTACHMENTS, SS#374-
                 44-0350.) (JUDGE WOODS) (DKT'd 07/19/89).

07/19/89  125  - (APPL#1) (LETTER FROM THE DEFENDANT TO THE COURT
                 REQUESTING TRANSCRIPT OF THE ENTIRE TRIAL, FROM 1/27/89 TO
                 2/2/89 (AT GOVERNMENT EXPENSE) WITH ATTACHMENTS.) (DKT'd
                 07/20/89).

07/20/89  126  - Filed CJA Form #24 copy #3 Authorization & Voucher for
                 Payment of Transcript (SENTENCING PROCEEDINGS 5/16/89 - $22.
                 00 TO MISTER REPORTER) (JUDGE WOODS) (DKT'd 07/21/89).

10/06/89  139  - Transcript of proceedings for 01/31/89 (TRANSCRIPT OF
                 PROCEEDINGS AND TESTIMONY TAKEN BEFORE THE HONORABLE GEORGE
                 E. WOODS ON 1/31/89, VOLUME I) (DKT'd 10/11/89).
          140    Transcript of proceedings for 02/01/89 (TRANSCRIPT OF
                 PROCEEDINGS AND TESTIMONY TAKEN BEFORE THE HONORABLE GEORGE
                 E. WOODS ON 2/1/89, VOLUME II) (DKT'd 10/11/89).
          141    Transcript of proceedings for 02/02/89 (TRANSCRIPT OF
                 PROCEEDINGS AND TESTIMONY TAKEN BEFORE THE HONORABLE GEORGE
                 E. WOODS ON 2/2/89, VOLUME III) (DKT'd 10/11/89).

10/16/89  142  - (APPL#1) (ACKNOWLEDGMENT OF COURT REPORTER OF RECEIPT OF
                 TRANSCRIPT ORDER AND ESTIMATED COMPLETION DATE) (DKT'd
                 10/16/89).

10/17/89  147  - Filed CJA Form #24 copy #3 Authorization & Voucher for
                 Payment of Transcript (JUDGE NEWBLATT) (DKT'd 10/20/89).

10/31/89  155    Certified and transmitted record on appeal to United States
                 Court of Appeals (APPL#1) (1 VOL. PLEADINGS, 4 VOL.

FINAL COURTRAN    CRIMINAL DOCKET#ICH=E(DETROIT) 09/03/92    *** GRID D12 ***

CR-88-50080-03                                    CR-88-50080-03    PAGE 6

US-V-WILLIAMS

FINAL COURTRAN  CRIMINAL DOCKET—E(DETROIT) 09/03/92         *** GRID D12 ***

CR-88-50080-03                US-V-WILLIAMS              CR-88-50080-03      PAGE 6

                              PROCEEDINGS

                    TRANSCRIPTS) (Dkt'd 11/01/89.)

11/09/89  163  -  (APPL.#1) (Acknowledgment by CCA of receipt of record on
                  appeal.) (Dkt'd 11/20/89.)

12/05/90  181     Transcript ordered DEFENDANT'S TRANSCRIPT ORDER FORM - ALL
                  PROCEEDINGS BEFORE JUDGE WOODS 1/15/89-1/20/87,A BARBARA
                  CHATMAN, COURT REPORTER.) (Dkt'd 12/19/90.)

02/14/91  188     Transcript of proceedings for 01/17/90 (PROCEEDINGS BEFORE
                  JUDGE WOODS) (Dkt'd 02/20/91.)

02/22/91  189  -  (APPL.#1) (TRANSMISSION FORM MAILING TRANSCRIPT OF
                  1/17/90 TO CCA) (Dkt'd 02/26/91.)

03/15/91  191  -  (APPL.#1) (CCA ACK. OF REC. OF RECORD ON APPEAL) (Dkt'd
                  03/21/91).

04/19/91  193  -  (APPL.#1) (COPY OF ORDER FROM CCA DISMISSING APPEAL FOR
                  WANT OF PROSECUTION. (FILE NOT RETURNED) (CCA #89-1569)
                  (Dkt'd 04/23/91.)

          193     Appeal dismissed (APPL.#1) (COPY OF ORDER FROM CCA
                  DISMISSING APPEAL FOR WANT OF PROSECUTION, (FILE NOT
                  RETURNED) (CCA #89-1569) (Dkt'd 06/21/91).

06/20/91  198  -  (APPL.#1) (FORM LETTER FROM CCA RE RETURN OF CERTIFIED
                  RECORD, (1 VOLUME OF PLEADINGS AND 5 TRANSCRIPTS) (CCA #89-
                  1569) (Dkt'd 06/21/91).

03/05/92  214  -  (APPL.#1) (TRUE COPY OF ORDER FROM CCA GRANTING
                  APPELLANT'S MOTION TO REINSTATE APPEAL. (Dkt'd 03/11/92.)

          ..........................

          End of docket

          ..........................

                                                              *** GRID E12 ***

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER (Tran. Court)
88 CR 50080-03

DOCKET NUMBER (Rec. Court)
08 CR 550

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| HOPKINS, Duane | Eastern District of Michigan | Detroit |

**DOCKETED**
JUL 15 2008

JUN 30 2008
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE COX

| NAME OF SENTENCING JUDGE | | |
|---|---|---|
| GEORGE E. WOODS (deceased and viced by DENISE PAGE HOOD) | | |
| DATES OF PROBATION/SUPERVISED RELEASE | FROM April 11, 2008 | TO April 10, 2013 |

OFFENSE

Conspiracy to Distribute Cocaine and Cocaine Base.

**FILED**
7-11-08   NF
JUL 11 2008

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Michigan

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of Illinois** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6 - 20 - 08
_____
Date

DENISE PAGE HOOD
United States District Judge

---

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By _____
Deputy.

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 11 2008
_____
Effective Date

TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 7-16-08

James F. Holderman
_____
United States District Judge